IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CALFRAC WELL SERVICES LTD, ET AL,

    Plaintiffs,                             12cv1260

                                           **ELECTRONICALLY FILED**

       v.

EDWARD S. SELF, ET AL,

    Defendants.

## Order of Court

And now, this 17th day of May, 2013, upon consideration of Plaintiffs' Motion to Compel Defendants ("LLC Defendants") to Produce Kenneth I. Sill for Deposition or, in the Alternative, to Strike Kenneth I. Sill from their amended disclosures (doc. no. 104), and Defendants' response in opposition thereto (doc. no. 107), said Motion is GRANTED in part, and DENIED AS MOOT in part.

To the extent Plaintiffs seek to depose Mr. Sill, said motion is GRANTED.

To the extent Plaintiffs seek to strike Mr. Sill from Defendants amended disclosures, said motion is DENIED as MOOT.

It is hereby ORDERED that:

(1) Plaintiffs shall depose Mr. Sill, at the date/time/place of their choosing on or before June 10, 2013.

(2) If the LLC Defendants fail to cooperate in any way relating relating to said deposition, Plaintiffs may apply for appropriate sanctions.

(3) In all other respects, the Case Management/Summary Judgment Deadlines, and all Pretrial Deadlines remain in effect.

                                                        s/Arthur J. Schwab
                                                        Arthur J. Schwab
                                                        United States District Judge

cc: All Registered ECF Counsel and Parties